CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
January 09, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK T. TILTON, | ) |
| Plaintiff, | ) Case No. 7:24-cv-00871 |
| v. | ) **MEMORANDUM OPINION** |
| JATANNA M. CLIFTON *et al.*, | ) By:   Hon. Thomas T. Cullen |
| | )        United States District Judge |
| Defendants. | ) |

Plaintiff Mark T. Tilton, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983. (*See* Compl. [ECF No. 1].) On December 17, 2024, the Court directed Plaintiff to complete and return a summons and USM-285 form for each named defendant. (Order at 1 [ECF No. 3].) The Court advised Plaintiff that failure to submit the requested documents within 14 days could result in dismissal of this action without prejudice. (*Id.* at 2.)

More than 14 days have elapsed and Plaintiff has failed to comply with the Court's order. Accordingly, the Court will dismiss the action without prejudice for failure to prosecute and to comply with the Court's order. *See* Fed. R. Civ. P. 41(b). Plaintiff may refile his claims in a separate action, subject to the governing statutes of limitations, once he is prepared to comply with this Court's orders.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 9th day of January, 2025.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE