CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
February 05, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK T. TILTON, | ) |
| Plaintiff, | ) Case No. 7:24-cv-00871 |
| v. | ) **MEMORANDUM OPINION** |
| JATANNA M. CLIFTON *et al.*, | ) By:   Hon. Thomas T. Cullen |
| Defendants. | )        United States District Judge |

Plaintiff Mark T. Tilton, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983. (*See* ECF No. 1.)

On December 17, 2024, the court directed Plaintiff to complete and return a summons and USM-285 form for each named defendant. (ECF No. 3, at 1.) The court advised Plaintiff that failure to submit the requested documents within 14 days could result in dismissal of this action without prejudice. (*Id.* at 2.) When Plaintiff failed to timely comply with the court's order, the court dismissed this action under Federal Rule of Civil Procedure 41(b). (ECF Nos. 4, 5.)

On June 20, 2025, the court granted Plaintiff's motion to reopen the case and ordered Plaintiff to complete and return the summons and forms that Plaintiff had yet to file. (ECF No. 8.) The court ordered Plaintiff to complete and return the forms within 30 days and cautioned Plaintiff that his failure to do so would result in dismissal of this action. (*Id.*)

Three weeks later, the order reopening the case and directing Plaintiff to file the summons and forms was returned to the court as undeliverable. (ECF No. 9.) Plaintiff has not updated his address or otherwise filed any documents in support of this action in over one

year. Accordingly, the court will dismiss this action without prejudice under Rule 41(b) based on Plaintiff's failure to prosecute.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Plaintiff at his last known address.

**ENTERED** this 5th day of February, 2026.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE